# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00403-CV

**Kerry Elliot and Debra Elliot, Appellants**

**v.**

**Phoenix Irrigation LP d/b/a Austin Plumbing, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
## NO. GN401403, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Kerry Elliot and Debra Elliot no longer wish to pursue their appeal and have filed a motion to dismiss their appeal. Appellee Phoenix Irrigation LP d/b/a Austin Plumbing does not oppose the motion. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed on Appellants' Motion

Filed:   October 4, 2005